# United States Court of Appeals
## For the First Circuit

Nos. 07-2828, 08-1075, 08-1076

IN RE:  TJX COMPANIES RETAIL SECURITY BREACH LITIGATION.

AMERIFIRST BANK and SELCO COMMUNITY CREDIT UNION,

Plaintiffs, Appellees/Cross-Appellants,

v.

TJX COMPANIES, INC., FIFTH THIRD BANK and FIFTH THIRD BANCORP,

Defendants, Appellants/Cross-Appellees.

**ERRATA**

The opinion of this Court, issued on March 30, 2009, should be amended as follows.

On page 8, line 15, insert "in" between "elaborated" and "their".